Andrew M. Kantor - State Bar No. 303093
  Email: akantor@kantorlaw.net
Corinne Chandler - State Bar No. 111423
  Email: cchandler@kantorlaw.net
Glenn R. Kantor - State Bar No. 122643
  Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
CAREN REDMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN REDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.  2:20-cv-10476-JAK-GJS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Caren Redman hereby dismisses this action in its entirety without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  April 20, 2021            KANTOR & KANTOR, LLP


                                  By:  /s/ Andrew M. Kantor
                                       Andrew M. Kantor
                                       Attorneys for Plaintiff
                                       Caren Redman